# UNITED STATES DISTRICT COURT

**MIDDLE** District of **TENNESSEE**

UNITED STATES OF AMERICA
**V.**

ANTON LAMONT THOMPSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:     3:06-00096
USM Number:     17676-075

Ronald Clayton Small
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   One (1) through Four (4)   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime. | 6/25/13 |
| 2 | Defendant shall participate in a mental health program as directed by the Probation Officer. | 7/01/13 |
| 3 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer. | 6/07/13 |
| 4 | Defendant shall pay restitution to the victim identified in the Criminal Monetary Penalties section of the Judgment in an amount totaling $468.00 | 6/2013 |

     The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.    6944

Defendant's Year of Birth:    1978

City and State of Defendant's Residence:
     Madison, TN

November 20, 2013
Date of Imposition of Judgment

/s/ Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

November 20, 2013
Date

DEFENDANT: ANTON LAMONT THOMPSON
CASE NUMBER: 3:06-00096

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ten (10) months

No period of Supervised Release is imposed.

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The Defendant is remanded to the custody of the United States Marshal.

_____ The Defendant shall surrender to the United States Marshal for this District:

_____ at _________________ p.m. on ________________________

_____ as notified by the United States Marshal.

_____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

_____ before 2 p.m. on ___________________________

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_______________________________________________________________

_______________________________________________________________

_______________________________________________________________

Defendant delivered on _______________________________ to _________________________________________

a ____________________________________________ with a certified copy of this Judgment.

______________________________________________
United States Marshal

By: ___________________________________________
Deputy United States Marshal